UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | H-12-CR-773-2 |
| ELDA REGALADO-OLIVAREZ | § § § | |

## INFORMATION OF PRIOR CONVICTION (ENHANCEMENT)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States Attorney for the Southern District of Texas and pursuant to Title 21, United States Code, Sections 841(b)(1) and 851, files this Information of Prior Conviction of the above-named defendant, ELDA REGALADO-OLIVAREZ.

The United States Attorney represents to the Court that defendant has the following prior conviction(s) and therefore is liable for the enhancement provisions of Title 21, Chapter 13, United States Code, Section 841:

1. On or about April 30, 1984, in the Southern District of Texas, the defendant was convicted of the felony drug offense of possession with intent to distribute cocaine;

2. On or about April 30, 1995, in Middle District of North Carolina, the defendant was convicted of the felony drug offense of conspiracy to possess with intent to distribute marijuana; and

3. On or about April 30, 1998, in the Western District of Michigan, the defendant was convicted of the felony drug offense of conspiracy to possess with intent to distribute marijuana.

Respectfully Submitted,

KENNETH MAGIDSON
UNITED STATES ATTORNEY


By:   /s/ Arthur R. Jones
     ARTHUR R. JONES
     Assistant United States Attorney


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Information of Prior Conviction has been served on the attorney for defendant on this the 4th day of January, 2013, via electronic case filing (ECF).

  /s/ Arthur R. Jones
  ARTHUR R. JONES
  Assistant United States Attorney